AUSA Assigned: ALG

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2020

SEAN F. McAVOY, CLERK

County of Investigation: Yakima County

In Re: Affidavit in Support of Criminal Complaint as to Juan Carlos Sandoval-Guerrero

## AFFIDAVIT

| | |
|---|---|
| STATE OF WASHINGTON | ) |
| | ) |
| County of Yakima | ) |

I, Scott Runge, being first duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND

1. Since 2006, I have been a fully commissioned Deputy with the Benton County Sheriff's Office. I graduated from Washington State Criminal Justice Commission's 720-hour Police Academy in Burien, Washington. In 2010, I was assigned to Major Crimes Division as a detective. During my time as a detective, I was trained to and have investigated numerous significant cases including Burglary, Narcotics, Fraud, Assault, Sexual Assault, Child Molestation, Rape of a Child, Rape, Depictions of Minor(s) Engaged in Sexually Explicit Conduct and Homicide. During my tenure as a major crimes detective, I have received numerous hours of training in Interview and Interrogation, Police Tactics, Searching Procedures, Narcotics Investigation, Homicide Investigation, Washington State and Federal child exploitation, and Forensic Child Interviews through Washington State CJTC approved agencies.

2. In June of 2018, I was assigned to the Southeast Regional Internet Crimes Against Children (SER-ICAC) Task Force, where I serve in a full-time

capacity with other ICAC detectives. The ICAC detectives are Task Force Officers (TFO) with Homeland Security Investigations (HSI). In this capacity, the SER-ICAC Task Force specializes in the investigation of Federal and State Child Exploitation law violations or crimes.

## PROBABLE CAUSE

3.     The investigation into Juan Carlos Sandoval-Guerrero Rodriguez commenced upon a complaint from a mother in Benton County. To protect the identities of the victims, they are referred to herein as Victim B (age 9 at the time of the incident) and Victim C (age 11 at the time of the incident). Their mother is referred to as Victim Mother.

4.     TFO Runge interviewed Victim Mother who explained, on November 1, 2019, she had come home and noticed that there were missed calls from a "Juan" on her son's (Victim C's) phone. When her children got home from school she asked the boys who Juan was, and Victim B responded by saying that he was their friend from Xbox. Later when "Juan" called again, Victim Mother answered the phone and put it on speaker; an adult male was speaking. Victim Mother asked the adult male if he was Juan and the adult male said that Juan was his son. Victim Mother asked the adult male how old he was, and he said that he was 32. Victim Mother said that Victim B was near and confirmed that the adult male that was speaking on the phone call was the person he knew to be Juan. Victim Mother said that she spoke to both Victim C and Victim B about "Juan" and received information the boys had sent pictures to "Juan."

5.     TFO Runge reviewed Victim B's phone and located nude or partially nude photographs and video of Victim B. The photographs and video had associated dates between October 09, 2019 and October 25, 2019.

6.     Victim B and Victim C were forensically interviewed, and TFO Runge was present for the interviews.

Affidavit of HSI TFO Scott Runge  - Page **2** of **4**

7.  Victim C stated that he and Victim B shared one account on Xbox and that they took turns talking to "Juan" over the head set. Victim C also admitted to talking to "Juan" on his phone via an application called, "TextNow." Victim C said that at first their conversations were about the game but that they later turned to "pictures and stuff". Victim C stated that "Juan" sent a picture of his "boy area" to Victim C. Victim C took a nude picture of his "boy area" and sent it to "Juan" after "Juan" asked him to. Victim C stated that after he sent the photo, "Juan" told him, "Bro bro, now we can trust each other."

8.  Victim B stated he began sending "Juan" nude photos at Juan's request and Juan would offer to buy Victim B in-game purchases on Fortnite (an Xbox game played online). Victim B said that "Juan" then asked to video chat with Victim B and Victim B did. During the video chats, Victim B stated that Victim B was asked to masturbate by "Juan". Victim B would go into the bathroom after his brother Victim C was asleep and would do it.

9.  Juan Carlos Sandoval-Guerrero was found to be residing at 606 Division St Trlr 2, Grandview, WA 98930. On February 6, 2020, TFO Runge obtained a search warrant for that residence, which was executed the same day (4:20-MJ-07019-MKD).

10. During the search, many electronic devices were seized, to include two smart phones that were later determined to be Juan Sandoval's older phone and his new phone he had purchased about one month prior to the search warrant. TFO Runge was present and has personal knowledge as to the seizure of the phones.

11. During the search, Juan Sandoval was located; he was subsequently transported to Grandview Police Department for interview. During the interview, which TFO Runge was present for, having waived his Miranda rights, Juan Sandoval confessed to contacting Victim B through the video game Fortnite. Juan

Sandoval admitted that he requested and directed Victim B to produce a number of images and videos that he would masturbate to. Juan Sandoval also admitted to directing Victim C to send him photographs of Victim C's penis. Juan Sandoval initially stated that he deleted all images but later admitted that he stored him under his Snapchat Account he had initially maintained on an old phone but later transferred to his new phone. Juan Sandoval indicated he maintained the photos under the password protected "For Your Eyes Only" section. Juan Sandoval voluntarily opened the "For Your Eyes Only" section on the phone and photographs and video of Victim B could be clearly seen. There were also photos that appeared to be Victim C and two unknown photos of genitals of what appeared to be young boys. Juan Sandoval stated that the two unknown photos were of boys that he contacted on Fortnite during November and December of 2019.

    I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

_____
Scott Runge, Task Force Officer
Homeland Security Investigations

Sworn to telephonically and signed electronically this 7th day of February 2020.

_____
Honorable John T. Rodgers
United States Magistrate Judge