FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JUAN CARLOS SANDOVAL-GUERRERO,<br><br>                Defendant. | No. 4:20-CR-06009-SMJ-1<br><br>**ORDER ADOPTING UNOPPOSED PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**: The Government's unopposed Motion for a Protective Order, **ECF No. 39**, and related Motion to Expedite, **ECF No. 40**, are **GRANTED**. Pursuant to Federal Rule of Criminal Procedure 16(d)(1) and consistent with the privacy protection measures required by the Child Victims' and Child Witnesses' Rights Act, 18 U.S.C. § 3509(d), the Government's proposed Protective Order, **ECF No. 39-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

//

//

//

//

ORDER ADOPTING UNOPPOSED PROTECTIVE ORDER - 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 25th day of February 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge