**Maria D Sandoval**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Grandview, WA 98930

7/20/2021

Honorable Judge Mendoza

Dear Honorable Judge Mendoza with a heavy broken heart I am writing you this letter for my son's Juan Carlos Sandoval G sentencing in hope that you could hear a mother heart and have mercy on my son Juan Carlos Sandoval.

It has been a year in a half since I have able to hold my son in my arms, not able give a kiss nor make him favorite food and see his goofy beautiful smile. A whole year and a few months since my life has been taken away. My son was our whole world he was and is the light of my family. With his beautiful soul, his kindness and he's overall personality he brought happiness into not only our life but so many others. Our life has not been the same since then. Every night when its time sleep, I stay up making sure that my twos sons I have left at home are okay and sound asleep. Every night I find myself trapped in repeating the same nightmares of that night when my son was taken, throwing onto the ground just on his underwear as if he was a slave or an animal. My poor baby was still half ways asleep, scared and confused. It's been extremely hard on everyone that got to know my baby boy, my son Juan C Sandoval. It is a night we are having to wake up to know that he isn't here physically, nothing is the same.

I feel like I have failed my son every single day. I ask myself what, when, why is this happening to my son to my family. I want and wish I could go back and change everything. I wish I could take my sons place instead of his. He is just a baby boy who is slowly coming a young man mentally. He has a long bright future life if you give him a second chance I begging of you. Juan unfortunately has been through so much as well with my family. The separation of my husband and I had taken I big effect on him mentally perhaps, I blame myself for it all. I have failed my son, my family in so mean ways your honor but one thing I was and I am so proud of is being a mother to an amazing son. He is a survivor a fighter, he fought death as an infant with the help of God because God made him for a big purpose and didn't allow evil to take him. He survive through so much child tram as much it hurts to say he witness things children should have had to experience as children. We has parents need to be careful of what we say and do Infront of them. I wish I could go back and change so much your honor but I can't and all I can do is try my best now as a mother and a grandmother. My only pride is Juan because of who he is and continues to be even through this circumstances he

Honorable Judge Mendoza
7/20/2021
Page 2

continues to become a better human being with an amazing kind heart, and I am not saying because he is my son but because its truly true and everyone that has crossed pass with him can tell you.

 I hope you have had the chance to meet him personally too and you will instantly see the sweet, kind and amazing young man he is. He still this day continues to be and become a better person each and every day. It hurt and still feels so unbelievable that we are all going through this. I know my son would be capable of hurting someone that isn't who my son is. We know that he made a mistake and he didn't know the consequences because he himself is a little boy that didn't know what would come with the mistake made. I am begging you to have mercy on my son, my baby boy. He is not a monster he is far from it and he doesn't deserve to spend all his life in person your honor he has an big purpose and bright life ahead of him. he deserves another chance in life and I am begging you to please have mercy for my son Juan C Sandoval Guerrero.


Sincerely,


Maria D Sandoval

To whom it may concern, Juan Sandoval is a childhood friend of mine for as long as i can remember, Juan ~~is~~ ~~b~~ a good friend a great friend at that actually. whenever we would be together whether that be by playing outside, be in his house watching a movie, whatever the case he made sure we were having fun, Juan made sure that everyone was having a great time. He would invite me over to his house to eat, and would often sleep over as well from time to time. ~~Any~~ Me and my siblings would always enjoy spending time with him and his family and there was never a dull moment. I think that most of that is due ~~because~~ because of Juan he was always full of energy and character and most people often over look that about him. he has never tried to harm ~~anyone~~ or due anything of that nature to anyone ever so I dont believe he ever will. All I want is to be able to see my best friend again.

Josue hernandez Brito

7-20-21

To whom it concerned

I am delighted to write this letter on behalf of Juan Sandoval. It is hard to believe I have known Juan for little over 13 years since he was a child himself. I met him through his older brother Pedro, Pedro and I attended school together we were really close friends, I got to meet his entire family but when I met Juan, he was a very sweet kid he loved to attend church with his family and enjoy time with his siblings we would always go fishing together and get together with my family and his, to head to the river for an entire day, every time we hung out I know we would have a time of laughter. Juan's family made me feel so welcomed to their family.

I feel strongly about Juan and about his future, and I want make you feel the same way. Juan is a good person of good moral character. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless. He has gone through ups and downs, but all the while I am convinced he is a decent person at the core. He just needs more people to believe in him so that he can become the person I know he can be.

Juan has made mistakes, and he is incredibly remorseful, and is willing to do whatever it takes to make reparations, mentally and physically, if possible. But to do that, he needs you to give him an opportunity to get a second chance, he has a whole life he needs to live. I recognize that Juan broke the law, and I do believe that he should get off without punishment. I just hope you will recognize the power you wield with regard to the future of this man and make a fair decision.

Thank you,

Luis Lara

*Isaiah P*

To whom it may concern, My name is Isaiah Perez and I am 20 years old. I have known my friend, Juan, since I was ~5 years old. Our families have always been very close. As a kid I didn't have very many friends due to the fact that I was constanly moving. One of those times I moved I was placed in a foster home very far from my hometown, leaving me with absolutely no one to talk to. Fortunately for me, I eventually moved, and settled into my aunt's house. Living with my aunt, I found it very hard to fit in with the rest of my cousins, it made me think that maybe I, once again, would end up with no friends. That was until my aunt took me to church and I reunited with Juan and his family.

Growing up, Juan was one of my only good friends. I had many friends that would come around and they were far from great influences. In fact, looking back at it, I find it hard to think of a friend who actually cared about me like Juan does. Other than possibly his brothers. Juan has always treated me as if I were his own brother— he's always shown

me that he genuinely loves me. He's kept me out of trouble and he has never been known to do anything malicious - even to the smallest extent until, unfortunately, now.

All my life Juan has not only been a great friend, but he's also been a great person. Whenever he saw me needing something I couldn't afford he'd step forward and help me out. He would refuse to accept money in return when I was finally able to pay him back, because that is just how generous he was as a person. If my car stopped working he would give me a ride. If I needed groceries he'd help me out. If I needed a job he'd help me find one.

Life without Juan is hard. Without him around I have no one to lend me a shoulder. I relied on Juan emotionally. He was the only person I spoke to every day. I miss my friend and I really wish I could have him home right now. If I could do anything to bring him home, I would do everything.

Sincerely, Isaiah Peters

Julio 22, 2021

Martha Parraga
████████████
Prosser, WA 99350

Aquien Corresponda

Yo Martha Parraga, conosco a Juan Carlos Sandoval Guerrero desde que el era un niño y jugaba con mis hijos y hemos hecho hermosos recuerdos durante nuestra trayectoria de vida. Tenemos una hermosa amistad con el y su familia.

Juan Carlos Sandoval Guerrero, Asido un gran amigo, es un gran chico y el no es callegero El del trabajo a su casa.
Solo que ha hecho malas desiciones en su vida.

Juan, necesita una nueva oportunidad en su vida

Sinceramente.

*Martha Parraga*
Martha Parraga

July 22, 2021

Martha Parraga

Prosser, WA 99350

To whom it may concern

I, Martha Parraga, have known Juan Carlos Sandoval Guerrero since he was a child. He played with my children. We have made beautiful memories during our life journey. We have a beautiful friendship with him and his family. Juan Carlos Sandoval Guerrero has been a great friend, he is a great young man, and he does not like to be out in the streets. He goes from work to his house. He made bad decisions in his life. Juan needs a new chance in his life.

Sincerely,

/s/ Martha Parraga

Martha Parraga

US v. Sandoval-Guerrero
#4:20-CR-6009-SMJ
Exhibit 21

I, Lourdes Gutierrez, interpreter with the Federal Defenders of Eastern Washington & Idaho, certify that I have translated the forgoing letter regarding Juan C. Sandoval-Guerrero's case.

*Lourdes Gutierrez*